**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6177**
_____

DAVID A. KINDER,

                                    Plaintiff - Appellant,

          versus

CHARLES POTTS, Dr.; PRISON HEALTH SERVICES,
INCORPORATED; JEAN SNYDER; RONALD G. NELSON;
SHARON ALDEN; REBECCA EICHELBERGER, R.N.; P.
A. KAUSHNER; RICHARD A. LANHAM, Commissioner;
RONALD MOATS, Warden; ARNOLD TICHNELL, Lieu-
tenant, CO IV; MARVIN CARBAUGH, Sergeant,
CO III,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
95-2364-PJM)

_____

Submitted:  July 23, 1996              Decided:  July 30, 1996

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David A. Kinder, Appellant Pro Se.  Deborah Maude Peyton, MASON,
KETTERMAN & MORGAN, Baltimore, Maryland; Joseph Barry Chazen,
MEYERS, BILLINGSLEY, SHIPLEY, RODBELL & ROSENBAUM, Riverdale, Mary-
land; Richard M. Kastendieck, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Kinder v. Potts</u>, No. CA-95-2364-PJM (D. Md. Jan. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>